Filing # 52019994 E-Filed 02/03/2017 10:03:21 AM

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, STATE OF FLORIDA
CIVIL CASE NO.: 17-000748-CI

DIANE HASSEN,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, DIANE HASSEN (hereinafter "Plaintiff"), by and through the undersigned counsel, and sues Defendant, HOME DEPOT U.S.A., INC. (hereinafter "Defendant"), and, in support thereof, states:

1. This is an action for damages exceeding Fifteen Thousand and No/100 Dollars ($15,000.00).

2. At all times material hereto, Defendant owned and operated a home improvement and construction products and services store known as The Home Depot located at 10550 Park Boulevard North, Seminole, Pinellas County, Florida, 33772 (hereinafter "Property").

3. On or about October 9, 2015, Plaintiff, as a business invitee of Defendant, was lawfully upon the Property.

4. While on the Property, Plaintiff slipped and fell in a slippery, foreign substance on the floor of the bathroom.

5. Defendant, as owner of the property described above, owed Plaintiff a duty to maintain the property in a reasonably safe condition and to warn Plaintiff of any latent or concealed defects that were known, or that should have been known, to Defendant.

6. Defendant breached the duties described in paragraph five and was negligent by, among other things, failing to maintain the property in a reasonably safe condition.

7. As a direct and proximate result of Defendant's negligence set forth above, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and the loss of ability to earn money and/or aggravation of a pre-existing condition. The losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff respectfully demands judgment against Defendant for damages, in an amount in excess of Fifteen Thousand and No/100 Dollars ($15,000.00), plus costs of this suit and such other relief as this Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

DELOACH & HOFSTRA, P.A.

PAUL R. CAVONIS, ESQUIRE
FBN 0999600
JOSEPH M. MURPHY, ESQUIRE
FBN 112661
8640 Seminole Boulevard
Seminole, Florida 33772
(727) 397-5571 (ph)/(727) 393-5418 (fax)
Primary Email Addresses:
pcavonis@dhstc.com; jmurphy@dhstc.com
Secondary Email Addresses:
jpachoumis@dhstc.com; hulmer@dhstc.com
Counsel for Plaintiff.